5817 Harpers Farm Rd

Columbia, MD 21044

1st September 2023.

**Honorable Judge Gallagher,**

**United States District Court for the District of Maryland**

Your Honor,

I write this letter to express to you and this court my sincere and heartfelt apologies for my actions. I am truly sorry for my actions and take full responsibility for my poor decisions. Your Honor, in the summer of 2019 during my visit to Ghana I was attacked by armed robbers at midnight in my grandmother's house. I hid in the bathroom and called the local Police post, which was only 15 minutes away for help. However, the station officer on duty who answered my call told me that they're sorry and that I should find a safe place to barricade myself because they're not well equipped to come to my aid. The robbers eventually caught up with me, assaulted me, and made away with all my money, and my grandmothers family jewelry. Your Honor, to prevent others from going through my trauma, I decided to contribute my bit to help the local police to provide some solution to the problem. Which is how I find myself here today.

Your Honor, here are some of the great things about me. Since childhood I have always believed in hard work, sacrifice, and service to humanity. Thus, I enlisted in the United States Army, though the decision was very unpopular with my family, because I believed in the American ideals and wanted to give back to this country that I love and cherish. When I came back from my first deployment in Afghanistan, I donated freely 2700 dollars of my personal savings to help a fellow soldier whose family was facing eviction because his spouse had mismanaged all his deployment pay. Your Honor, I deployed to combat in Afghanistan twice, served in Korea for more than two years, won many accolades, badges, and served my country with distinction, pride, and honor during my military service.

Your Honor, when I was honorably discharged from the Army, my mental health, and other diagnosis could not quench my continuous desire to keep serving and being productive to society. I donated regularly to the Veterans of Foreign Wars, donated blood severally to the American Red Cross, and subsequently enrolled in nursing school at the University of Maryland Baltimore, and though it wasn't easy, I proudly graduated in December 2022, with a Master of Science in Nursing, and went on to pass the Maryland Board of Nursing licensing exam. Your Honor, I know that you hold the key to making me achieve my dream of continuous service as a nurse. Currently, I am also enrolled in school as a Commercial Truck Driver at the North American Trade school while awaiting my nursing license.

Your Honor, I have two beautiful children, a loving wife, a mother, and an orphanage in Ghana (Eye of the Lord), whom I love dearly and are dependent on me for support. Your Honor, I have learned my lessons, I apologize sincerely for my actions and plead for your forgiveness. I promise you and this honorable court that such actions will never repeat itself again. Your honor, I am grateful for the opportunity granted me to express my remorse and to take a new path.

With all the sincerity in my heart!

Eric Nana Kofi Ampong Coker